

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00851-CV

**Kori Lynn Plowman f/k/a Kori Lynn Ugalde**

**v.**

**Philip  Andrew Ugalde**

NO. 2012-38295 IN THE 312TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 06/08/2015 | E-PAID | APE |
| MT FEE | $10.00 | 05/04/2015 | E-PAID | APE |
| MT FEE | $10.00 | 04/10/2015 | E-PAID | APE |
| MT FEE | $10.00 | 03/09/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 02/05/2015 | E-PAID | ANT |
| TRANSFER | $10.00 | 12/18/2014 | E-PAID | ANT |
| RPT RECORD | $1,324.00 | 11/21/2014 | PAID | ANT |
| CLK RECORD | $259.00 | 11/13/2014 | PAID | ANT |
| FILING | $175.00 | 10/28/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 10/28/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,838.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 31, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT